IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATINA RIGGS-DEGRAFTENREED            PLAINTIFF

v.            No. 4:13-cv-669-DPM

WELLS FARGO HOME MORTGAGE INC.;
WELLS FARGO BANK NA; and WILSON
& ASSOCIATES PLLC            DEFENDANTS

### ORDER

The Court would appreciate a short reply to Riggs-Degraftenreed's response. Reply due by 17 March 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 March 2014