IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATINA RIGGS-DEGRAFTENREED                                              PLAINTIFF

v.                              No. 4:13-cv-669-DPM

WELLS FARGO HOME MORTGAGE, INC.
and WELLS FARGO BANK NA                                              DEFENDANTS

ORDER

Joint report, № 52, noted. The Court assumes plaintiff's deposition was taken on 1 April 2015 as planned. Wells Fargo must provide amended disclosures by 13 April 2015 if it has not already done so. Discovery is extended until 1 May 2015 to accommodate the remaining depositions. These depositions should be scheduled on mutually convenient dates. Any dispositive motion is due by 15 May 2015. The Scheduling Order, № 51, is suspended. The Court will reschedule trial, if necessary, after evaluating the motion papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

   7 April 2015