IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATINA RIGGS-DEGRAFTENREED                                    PLAINTIFF

v.                          No. 4:13-cv-669-DPM

WELLS FARGO HOME MORTGAGE, INC.; and
WELLS FARGO BANK, N.A.                                        DEFENDANTS

## JUDGMENT

Katina Riggs-DeGraftenreed shall have judgment against Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank, N.A., jointly and severally, for $4,328.91, post-judgment interest at 0.46%, and Rule (54) costs as may later be allowed. The Court will consider awarding a reasonable attorney's fee on timely motion.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2016